

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 5, 2021

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *United States v. Nichols, et al.*, 21-MJ-00040

Dear Judge Davison:

   Defendants Shane Nichols and Malcolm Moody have been arrested, and will be brought before the Court for their initial appearances on the above-referenced Complaint, which charges violations of 18 U.S.C. §§ 371, 922(g)(1), 924(c)(1)(A)(i) and (ii) and 2119, and 21 U.S.C. §§841 and 846  Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and arrest warrants.

   Thank you for your consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

By:

          _____
          Jeffrey C. Coffman
          Assistant United States Attorney
          (914) 993-1940

SO ORDERED:

             1/5/21
_____
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York