UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shane Nichols
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-mj-00040

Defendant Shane Nichols hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel


/s/ Shane Nichols
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/s/John S. Wallenstein
Defendant's Counsel's Signature

SHANE NICHOLS_
Print Defendant's Name

JOHN S. WALLENSTEIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/5/21
Date

U.S. District Judge/U.S. Magistrate Judge